UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY LEE HUMPHREY,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA COUNTY OF SACRAMENTO JUVENILE COURT, et al.,<br><br>Defendants. | No. 2:25-cv-1163 DJC SCR P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file objections to the September 30, 2025, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 9) is granted; and

2. Plaintiff is granted fifteen days from the date of this order in which to file objections to the findings and recommendations (ECF No. 8)

DATED: November 4, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE