UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY LEE HUMPHREY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUPERIOR COURT OF CALIFORNIA COUNTY OF SACRAMENTO JUVENILE COURT, et al.,<br><br>　　　　Defendants. | No. 2:25-cv-01163 DJC SCR P<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS |

Plaintiff is incarcerated in state prison and proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On September 30, 2025, the undersigned screened plaintiff's complaint and determined it was barred by Heck v. Humphrey, 512 U.S. 477 (1994), and sought damages from defendants who were immune from suit. (ECF No. 8.) The undersigned recommended that the complaint be dismissed without prejudice and without leave to amend. (ECF No. 8.) Plaintiff has filed objections arguing that his due process claims do not imply the invalidity of his conviction and requests leave to amend to avoid Heck. (ECF No. 11.)

　　Having considered plaintiff's objections, the undersigned will vacate the findings and recommendations and grant plaintiff leave to amend. Plaintiff is advised to review the defects identified in the court's screening order and allege, if he can, that his conviction has been overturned on appeal or otherwise declared invalid. See Trimble v. City of Santa Rosa, 49 F.3d

1

583, 585 (9th Cir. 1995). In addition, upon sua sponte reconsideration, the undersigned will grant plaintiff's motion to proceed in forma pauperis. See City of Los Angeles v. Santa Monica Baykeeper, 254 F.3d 882, 888 (9th Cir. 2001) (recognizing the district court's discretion to reconsider its own prior orders sua sponte).

**CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations that plaintiff's complaint be dismissed without leave to amend (ECF No. 8) are VACATED.

2. Within 30 days from the date of service of this order, plaintiff may file an amended complaint that complies with the requirements of 42 U.S.C. § 1983, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must bear the docket number assigned this case, **No. 2:25-cv-01163 DJC SCR P**, and must be labeled **"First Amended Complaint."**

3. Upon sua sponte reconsideration, plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is GRANTED.

4. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). All fees shall be collected and paid in accordance with this court's order to the appropriate agency filed concurrently herewith.

5. Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

6. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: November 17, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE